**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| INFORMATION TECHNOLOGY | ) | |
| PROCUREMENT SOURCING, LLC | ) | Bankruptcy Case No. 19-20087-CMB |
| | ) | |
| Debtor | ) | Chapter 11 |
| _____ | ) | |
| | ) | |
| INFORMATION TECHNOLOGY | ) | |
| PROCUREMENT SOURCING, LLC | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Related to Document No. 52 |
| | ) | |
| NO RESPONDENT | ) | |
| | ) | |
| Respondent | ) | |

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

_____ Voluntary Petition - *Specify reason for amendment*:

Official Form 6 Schedules (Itemization of Changes Must Be Specified)

_____ Summary of Schedules:

_____ Schedule A - Real Property

__X__ Schedule B - Personal Property:

1. **No. 39 has been changed from $38,000.00 to $15,000.00**
2. **No. 55.1 has been changed from $10,104.00 to $10,700.00.**
3. **No. 74.00 – Claims against Dillon McCandless King Coulter & Graham was added.**

_____ Schedule C - Property Claimed as Exempt:

__X__ Schedule D - Creditors holding Secured Claims

Check one:

_____ Creditor(s) added

_____ NO creditor(s) added

__X__ Creditor(s) deleted

1. **Ingram Micro, Inc. has been moved to Schedule F, and the amount of claim changed from $128,352.32 to $123,482.46.**

__X__ Schedule E - Creditors Holding Unsecured Priority Claims

Check one:

_____ Creditor(s) added
__X__ NO creditor(s) added
_____ Creditor(s) deleted

1. **The Allegheny County amount has been changed from $22,362.07 to $17,478.45.**
2. **The Pennsylvania Dept. of Revenue amount has been changed from 98,759.65 to $122,351.31.**

__X__ Schedule F - Creditors Holding Unsecured Nonpriority Claims

Check one:
__X__ Creditor(s) added:
_____ NO creditor(s) added
_____ Creditor(s) deleted

1. **Creditor Jerry Carrel added.**
2. **The Dillon McCandless King Coulter & Graham claim is subject to offset.**
3. **The claim of Grossman, Yanak & Ford, LLP has been changed from $7,500.00 to $7,586.00**
4. **The claim of Leech Tishman Fuscaldo & Lampl has been changed from $11,590.00 to $14,304.00.**
5. **The claim of Lefcon, LLC has been changed from $72,451.25 to $15,265.00.**
6. **The claim of Stepanian & Menchyk, LLP has been changed from $7,600.00 to $12,602.00.**
7. **The claim of Cohen & Grace has been changed from $56,749.00 to $61,580.00.**
8. **The claim of Effemall, LP has been changed from $235,000.00 to 212,791.00.**
9. **The claim of KrugerRond, LP has been changed from $235,000.00 to 212,791.00**

_____ Schedule G - Executory Contracts and Unexpired Leases

Check one:
_____ Creditor(s) added
_____ NO creditor(s) added
_____ Creditor(s) deleted

_____ Schedule H - Codebtors
_____ Schedule I - Current Income of Individual Debtor(s)
_____ Schedule J - Current Expenditures of Individual Debtor(s)
__X__ Statement of Financial Affairs:

1. **The gross revenue amount in no. 1 for 2018 has been changed from $4,771,541.00 to $4,759,713.00**
2. **The amount in 4.1 has been changed from $0 to $421,381.00.**
3. **The dates the business has existed for BluChip Solutions in no. 25.2 has been changed from 5/17-8/18 to 5/17-7/18.**
4. **The position and nature of interest of Effemall, LP and KurgerRond, LP listed in no. 28 have been changed from Investor to Member.**
5. **The position of Member has been added to Dave Mehalick in no 28.**
6. **The positon of former member has been added to Eric Cunningham in no. 29.**
7. **Dave Mehalick and Eric Cunningham have been added to no. 30.**
8. **SOFA Supplement No. 9 has been updated.**

_____ Chapter 7 Individual Debtor's Statement of Intention
_____ Chapter 11 List of Equity Security Holders
_____ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

**<u>Via CM/ECF</u>**
Larry E. Wahlquist, Trustee:  larry.e.wahlquist@usdoj.gov


Dated: May 9, 2019                          Respectfully submitted,

                                  Stonecipher Law Firm

                                  By: */s/Jeanne S. Lofgren*
                                  Jeanne S. Lofgren, Esquire
                                  PA ID No. 89078
                                  125 1st Ave.
                                  Pittsburgh, PA.  15222
                                  (412)391-8510
                                  jlofgren@stonecipherlaw.com

**Fill in this information to identify the case:**

Debtor name **Information Technology Procurement Sourcing, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known) **19-20087**

■ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  May 9, 2019

X /s/ *Dave Mehalick*
Signature of individual signing on behalf of debtor

Dave Mehalick
Printed name

CEO
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Information Technology Procurement Sourcing, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)  **19-20087**

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.............................................................................................  $ _____ **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*...........................................................................................  $ _____ **801,337.27**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................................  $ _____ **801,337.27**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $ _____ **0.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................  $ _____ **183,716.24**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................  +$ _____ **820,006.24**

4.  **Total liabilities** ...............................................................................................................
   Lines 2 + 3a + 3b

   $ **1,003,722.48**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Information Technology Procurement Sourcing, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **19-20087**

■ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **PNC Bank, NA - closed** | **Business checking** | **8238** | **$17,072.00** |
| 3.2. | **PNC Bank, - closed** | **MBA** | **5385** | **$80.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                                    **$17,152.00**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

| 7.1. | **Gigliotti Holdings - office lease deposit** | **$9,800.00** |
| --- | --- | --- |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Information Technology Procurement Sourcing, LLC** | Case number *(If known)* **19-20087** |
| --- | --- | --- |
| | Name | |

9.    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$9,800.00

---

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 749,715.27 | - | 0.00 | = .... | $749,715.27 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 17,103.02 | - | 17,103.02 | =.... | $0.00 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$749,715.27

---

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39.   **Office furniture**<br>See supplement to A/B No. 39 | $71,703.37 | Liquidation | $15,000.00 |
| 40.   **Office fixtures** | | | |

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property          page 2

| Debtor | **Information Technology Procurement Sourcing, LLC** | | Case number *(If known)* **19-20087** |
| --- | --- | --- | --- |
| | Name | | |

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $15,000.00 |
| --- | --- |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:**     **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2013 Chevy Equinox, VIN No. 1GNFLEEK7DZ126815** | $9,670.00 | S/L Dep. | $9,670.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| | $9,670.00 |
| --- | --- |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:**     **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **Information Technology Procurement Sourcing, LLC** | Case number *(If known)* **19-20087** |
| --- | --- | --- |
| | Name | |

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1. **Building lease for property located at 11364 Perry Highway, Wexford, PA 15090.** | Leaseholder | $10,700.00 | Monthly rent | $0.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **www.ITPSUS.com** | $0.00 | | $0.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Information Technology Procurement Sourcing, LLC** | Case number *(If known)* | **19-20087** |
|---|---|---|---|
| | Name | | |

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

<table>
<tr><td></td><td style="text-align:right"><b>Current value of<br>debtor's interest</b></td></tr>
<tr><td>71.    <b>Notes receivable</b><br>Description (include name of obligor)</td><td></td></tr>
<tr><td>72.    <b>Tax refunds and unused net operating losses (NOLs)</b><br>Description (for example, federal, state, local)</td><td></td></tr>
<tr><td>73.    <b>Interests in insurance policies or annuities</b></td><td></td></tr>
<tr><td>74.    <b>Causes of action against third parties (whether or not a lawsuit<br>has been filed)</b></td><td></td></tr>
</table>

| | | | |
|---|---|---|---|
| **Pending lawsuit against Eric Cunningham** | | | **Unknown** |
| Nature of claim | **Conversion, Tort, etc.** | | |
| Amount requested | **$214,995.91** | | |

| | | | |
|---|---|---|---|
| **Claims against Dillon McCandless King Coulter &<br>Graham, LLP et. al.** | | | **Unknown** |
| Nature of claim | **Includes breach of contract and<br>professional negligence** | | |
| Amount requested | **$0.00** | | |

75.    **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78.    **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| | |
|---|---|
| | **$0.00** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor    **Information Technology Procurement Sourcing, LLC**                    Case number *(If known)*  **19-20087**
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$17,152.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$9,800.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$749,715.27** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$15,000.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$9,670.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$801,337.27** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$801,337.27** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Supplement to A/B No. 39

ITPS
Schedule 3
Fixed Asset Schedule
1/7/2019

| Asset # | Date in Service | Description | Life | Method | Cost Basis | 12/31/2018 Net Book Value | 01/07/2019 Estimated Liquidation Value |
|---|---|---|---|---|---|---|---|
| **Vehicles** | | | | | | | |
| 1 | 10/19/2017 | Vehicle | 5 Years | SL HY | 13,813.15 | 9,669.21 | 5,000 |
| | | | | | | | |
| **Furniture & Fixtures** | | | | | | | |
| 3 | 03/31/2017 | Office Furniture | 5 Years | SL HY | 65,000.00 | 45,500.00 | 25,000 |
| 4 | 06/30/2017 | Office Furniture | 5 Years | SL HY | 5,730.14 | 4,011.10 | 2,000 |
| 5 | 08/11/2017 | Couches | 5 Years | SL HY | 2,005.18 | 1,403.63 | 1,000 |
| 6 | 09/22/2017 | Signs | 5 Years | SL HY | 4,232.00 | 2,962.40 | 1,000 |
| 7 | 04/27/2017 | 75" Samsung TV | 5 Years | SL HY | 2,836.44 | 1,985.51 | 1,000 |
| 8 | 04/27/2017 | 65" Samsung TV | 5 Years | SL HY | 3,083.51 | 2,158.46 | 1,000 |
| 9 | 04/27/2017 | 65" Samsung TV | 5 Years | SL HY | 3,341.92 | 2,339.34 | 1,000 |
| 10 | 04/27/2017 | Refrigerator | 5 Years | SL HY | 2,391.05 | 1,673.73 | 1,000 |
| | | | | | 88,620.24 | 62,034.17 | 33,000.00 |
| | | Total | | | 102,433.39 | 71,703.37 | 38,000.00 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Information Technology Procurement Sourcing, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **19-20087** |

■ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: |
|---|

Debtor name      **Information Technology Procurement Sourcing, LLC**

United States Bankruptcy Court for the:      WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)      **19-20087**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:      List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$17,478.45** | **$17,478.45** |
|---|---|---|---|---|
|  | **Allegheny County** | *Check all that apply.* |  |  |
|  | **c/o PA Department of Revenue** | ☐ Contingent |  |  |
|  | **P.O. Box 280946** | ☐ Unliquidated |  |  |
|  | **Harrisburg, PA 17128** | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  |  | **Sales tax** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY | ■ No |  |  |
|  | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes |  |  |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$42,187.00** | **$42,187.00** |
|---|---|---|---|---|
|  | **California** | *Check all that apply.* |  |  |
|  | **P.O. Box 942879** | ☐ Contingent |  |  |
|  | **Sacramento, CA 94279** | ☐ Unliquidated |  |  |
|  |  | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  |  | **Taxes** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY | ■ No |  |  |
|  | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes |  |  |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                36260                Best Case Bankruptcy

| Debtor | **Information Technology Procurement Sourcing, LLC** | Case number *(if known)* | **19-20087** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,115.48 | $1,115.48 |
|---|---|---|---|---|
| | **Michigan** | *Check all that apply.* | | |
| | **PO Box 30324** | ☐ Contingent | | |
| | **Lansing, MI 48909** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $584.00 | $584.00 |
|---|---|---|---|---|
| | **New Jersey Division of Taxation** | *Check all that apply.* | | |
| | **Bankruptcy Section** | ☐ Contingent | | |
| | **PO Box 245** | ☐ Unliquidated | | |
| | **Trenton, NJ 08695-0245** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $122,351.31 | $122,351.31 |
|---|---|---|---|---|
| | **Pennsylvania Dept. of Revenue** | *Check all that apply.* | | |
| | **Bankruptcy Division** | ☐ Contingent | | |
| | **P.O. Box 280946** | ☐ Unliquidated | | |
| | **Harrisburg, PA 17128** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,000.00 |
|---|---|---|---|
| | **adidas INDY, LLC** | ☐ Contingent | |
| | **21505 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,511.76 |
|---|---|---|---|
| | **BluChip Solutions, LLC** | ☐ Contingent | |
| | **11364 Perry Highway** | ☐ Unliquidated | |
| | **Wexford, PA 15090** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Information Technology Procurement Sourcing, LLC** | Case number (if known) | **19-20087** |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$61,580.00** |
|---|---|---|---|

Cohen & Grace, LLC
105 Braunlich Drive
Suite 300
Pittsburgh, PA 15237

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Legal services__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,118.55** |
|---|---|---|---|

Dillon McCandless King Coulter & Graham
128 West Cunningham Street
Butler, PA 16001

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Legal services__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$212,791.00** |
|---|---|---|---|

Effemall, LP
1700 Somerset Ave
Windber, PA 15963

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Loans__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

Eric V. Cunningham
607 Oswego Drive
Gibsonia, PA 15044

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,586.00** |
|---|---|---|---|

Grossman, Yanak & Ford, LLP
Three Gateway Center
Suite 1800
Pittsburgh, PA 15222

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$123,482.46** |
|---|---|---|---|

Ingram Micro, Inc.
P.O. Box 775877
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __8/14/18__

Basis for the claim: __Goods and merchandise sold to ITPS by Ingram Micro and proceeds therefrom__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$63,250.00** |
|---|---|---|---|

Jerry Carrel
937 White Water Drive
Mars, PA 16046

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Alleged bonuses__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| Debtor | **Information Technology Procurement Sourcing, LLC** | Case number *(if known)* | **19-20087** |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $212,791.00 |
|---|---|---|---|

**KrugerRond, LP**
**1700 Somerset Ave**
**Windber, PA 15963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loans**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,304.00 |
|---|---|---|---|

**Leech Tishman Fuscaldo & Lampl**
**525 William Penn Place**
**28th Floor**
**Pittsburgh, PA 15219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal services**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,265.00 |
|---|---|---|---|

**Lefcon, LLC**
**P.O. Box 1940**
**Cranberry Twp, PA 16066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,499.28 |
|---|---|---|---|

**Quest Software, Inc.**
**P.O. Box 731381**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,602.00 |
|---|---|---|---|

**Stepanian & Menchyk, LLP**
**222 South Main Street**
**Butler, PA 16001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal services**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,276.10 |
|---|---|---|---|

**Synnex**
**P.O. Box 406748**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,949.09 |
|---|---|---|---|

**UPMC**
**Premium Billing**
**P.O. Box 371842**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Information Technology Procurement Sourcing, LLC** | Case number (if known) | **19-20087** |
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Nicole L. Thurner, Esquire**<br>**Klevit & Silbaugh**<br>**1421 Pittsburgh Road**<br>**Suite 200**<br>**Valencia, PA 16059** | Line __3.6__<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  183,716.24 |
| **5b. Total claims from Part 2** | 5b. + | $  820,006.24 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  1,003,722.48 |

**Fill in this information to identify the case:**

Debtor name    **Information Technology Procurement Sourcing, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **19-20087**

■ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue
Check all that apply | Gross revenue
(before deductions and exclusions) |
    |---|---|---|
    | **For prior year:**
    From  **1/01/2018** to **12/31/2018** | ■ Operating a business
☐ Other _____ | **$4,759,713.00** |
    | **For year before that:**
    From  **1/01/2017** to **12/31/2017** | ■ Operating a business
☐ Other _____ | **$2,787,348.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source
(before deductions and exclusions) |
    |---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer
Check all that apply |
    |---|---|---|---|
    | 3.1.    **See Supplement to SOFA No. 3** | | **$0.00** | ☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other___ |

| Debtor | **Information Technology Procurement Sourcing, LLC** | Case number *(if known)* **19-20087** |
|---|---|---|

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **See attached Supplement to SOFA No. 4** | | **$421,381.00** | |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Information Technology Procurement Sourcing, LLC v. Eric Cunningham GD18-009790** | **Intentional Tort** | **Court of Common Pleas of Allegheny Cty 700 City-County Building 414 Grant Street Pittsburgh, PA 15219** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Eric Cunningham v. ITPS et al. 2018-10770** | **Tort** | **Court of Common Pleas of Butler County First Floor, County Courthouse 124 W. Diamond Street P.O. Box 1208 Butler, PA 16003** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Debtor | **Information Technology Procurement Sourcing, LLC** | Case number *(if known)* **19-20087** |
|---|---|---|

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1.  **See Supplement to SOFA No. 9** | | | **$32,231.42** |
| **Recipients relationship to debtor** | | | |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Revenue lost through theft and fraud by a former member.** | **$0** | **2017-2018** | **Unknown** |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.<br><br><br>**Stonecipher Law Firm<br>125 First Avenue<br>Pittsburgh, PA 15222-1590** | **Attorney Fees and Filing Fee. KrugerRond, LP and Effemall, LP paid the retainer on behalf of ITPS.  ITPS has recorded a payable to KrugerRond and Effemel in the amount of $13,400.00 each for the payment.  $4,878.50 was applied to prepetition costs and fees, and $21,921.50 is being held as a retainer.** | **1/7/19** | **$26,800.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

---

Debtor    **Information Technology Procurement Sourcing, LLC**          Case number *(if known)*  **19-20087**

---

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 **Lefcon, LLC**<br>. **P.O. Box 1940**<br>**8057 Rowan Road**<br>**Suite 100**<br>**Cranberry Twp, PA 16066** | **Sale of Units** | **8/13/18** | **$427,800.00** |
| **Relationship to debtor** | | | |
| 13.2 **Effemall, LP**<br>. **1700 Somerset Avenue**<br>**Windber, PA 15963** | **BluChip Solutions, LLC membership interest transfer** | **7/5/18** | **$200,000.00** |
| **Relationship to debtor** | | | |
| 13.3 **Krugerrond, LP**<br>. **1700 Somerset Avenue**<br>**Windber, PA 15963** | **BluChip Solutions, LLC membership interest transfer** | **7/5/18** | **$200,000.00** |
| **Relationship to debtor** | | | |

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankrupticies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Information Technology Procurement Sourcing, LLC**    Case number *(if known)* **19-20087**

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☑    No.
    ☐    Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☑    No. Go to Part 10.
    ☐    Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☑ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Information Technology Procurement Sourcing, LLC** | Case number *(if known)* **19-20087** |
|---|---|---|

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1. **Lefcon, LLC** P.O. Box 1940 8057 Rowan Road Suite 100 Cranberry Twp, PA 16066 | **Remote managed IT services provider** | EIN:    **82-2020695** From-To    **6/17-8/18** |
| 25.2. **BluChip Solutions** 11364 Perry Highway Wexford, PA 15090 | **IT staffing company** | EIN:    **82-1786699** From-To    **5/17-7/18** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

   ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Dave Mehalick** 5000 Treesdale Drive Gibsonia, PA 15044 | **5/17-11/17** |

Debtor  **Information Technology Procurement Sourcing, LLC**                Case number *(if known)*  **19-20087**

| Name and address | Date of service From-To |
|---|---|
| 26a.2. | **Gaylord & Kelly** <br> **1700 Duncan Avenue** <br> **Allison Park, PA 15101** | **5/17-present** |
| 26a.3. | **Jerry Carrel** | **7/17-9/18** |
| 26a.4. | **P. Daniel Bunner** <br> **114 Ontario Court** <br> **Gibsonia, PA 15044** | **1/18-present** |
| 26a.5. | **Alicia Arbuckle** <br> **11364 Perry Highway** <br> **Wexford, PA 15090** | **3/18-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **Grossman Yanak & Ford, LLP** <br> **Three Gateway Center** <br> **Suite 1800** <br> **Pittsburgh, PA 15222** | **1/18-8/18** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Alicia Arbuckle** <br> **11364 Perry Highway** <br> **Wexford, PA 15090** | |
| 26c.2. | **P. Daniel Bunner** <br> **114 Ontario Court** <br> **Gibsonia, PA 15044** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **FNB** <br> **One North Shore Center** <br> **Pittsburgh, PA 15212** |
| 26d.2. | **First Commonwealth Bank** <br> **601 Philadelphia Street** <br> **Indiana, PA 15701** |

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

Debtor   **Information Technology Procurement Sourcing, LLC**                     Case number *(if known)*   **19-20087**

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Effemall, LP** | **1700 Somerset Ave Windber, PA 15963** | **Member** | **37.5%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **KrugerRond, LP** | **1700 Somerset Ave Windber, PA 15963** | **Member** | **37.5%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dave Mehalick** | **5000 Treesdale Drive Gibsonia, PA 15044** | **CEO and Member** | **25.0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **P. Daniel Bunner** | **114 Ontario Court Gibsonia, PA 15044** | **CFO** | **0%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Eric Cunningham** | **607 Oswego Drive Gibsonia, PA 15044** | **Former CEO & former member** | **1/17-7/18** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Dave Mehalick 5000 Treesdale Drive Gibsonia, PA 15044** | **$12,000.00** | **2018** | **Health insurance premiums** |
| | Relationship to debtor **CEO/member** | | | |

Debtor    **Information Technology Procurement Sourcing, LLC**          Case number *(if known)*  **19-20087**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Dave Mehalick**<br>**500 Treesdale Drive**<br>**Gibsonia, PA 15044** | **$45,275.00** | | **Amended K-1 distributions** |
| | Relationship to debtor<br>**CEO/member** | | | |
| 30.3. | **Eric V. Cunningham**<br>**607 Oswego Drive**<br>**Gibsonia, PA 15044** | **110,625.00** | | **Amended K-1 distributions** |
| | Relationship to debtor<br>**Former CEO/Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

**/s/** *Dave Mehalick*                                                    Dave Mehalick
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor        CEO

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

**SOFA SUPPLEMENT NO 3**

| Date | Name | Payment |
|------|------|---------|
| 11/13/2018 | 2057-2059 Story Ave LLC | 45,401.25 |
| 10/11/2018 | ADP | 51,877.13 |
| 10/12/2018 | ADP | 150.00 |
| 10/12/2018 | ADP | 20,473.61 |
| 10/25/2018 | ADP | 16,044.96 |
| 10/25/2018 | ADP | 41,456.52 |
| 10/26/2018 | ADP | 214.50 |
| 11/02/2018 | ADP | 267.32 |
| 11/08/2018 | ADP | 45,884.69 |
| 11/09/2018 | ADP | 17,461.47 |
| 11/16/2018 | ADP | 250.34 |
| 11/21/2018 | ADP | 35,544.91 |
| 11/23/2018 | ADP | 439.84 |
| 12/14/2018 | ADP | 250.34 |
| 12/28/2018 | ADP | 422.86 |
| 11/13/2018 | American Express | 448.41 |
| 12/10/2018 | American Express | 1,882.56 |
| 01/04/2019 | American Express | 17,884.92 |
| 10/01/2018 | BluChip Solutions | 5,392.80 |
| 10/11/2018 | BluChip Solutions | 13,379.65 |
| 11/07/2018 | BluChip Solutions | 2,170.00 |
| 12/13/2018 | BluChip Solutions | 420.00 |
| 10/11/2018 | Cohen & Grace | 24,052.66 |
| 10/09/2018 | Experimac | 10,000.00 |
| 12/06/2018 | Experimac | 15,000.00 |
| 10/01/2018 | Gigliotti Holding, LLC. | 10,103.48 |
| 11/07/2018 | Gigliotti Holding, LLC. | 10,103.48 |
| 12/03/2018 | Gigliotti Holding, LLC. | 10,103.48 |
| 01/02/2019 | Gigliotti Holding, LLC. | 10,103.48 |
| 12/27/2018 | Ingram Micro Inc. | 1,230.53 |
| 01/06/2019 | Ingram Micro Inc. | 500.33 |
| 10/05/2018 | Ingram Micro Inc. | 1,439.37 |
| 10/05/2018 | Ingram Micro Inc. | 901.49 |
| 10/05/2018 | Ingram Micro Inc. | 57,302.00 |
| 10/11/2018 | Ingram Micro Inc. | 97.60 |
| 10/11/2018 | Ingram Micro Inc. | 3,695.72 |
| 10/11/2018 | Ingram Micro Inc. | 218,300.74 |
| 10/15/2018 | Ingram Micro Inc. | 16,418.98 |
| 10/26/2018 | Ingram Micro Inc. | 184.47 |
| 10/26/2018 | Ingram Micro Inc. | 24,254.88 |
| 10/26/2018 | Ingram Micro Inc. | 18,235.22 |
| 10/26/2018 | Ingram Micro Inc. | 85,953.00 |

| Date | Payee | Amount |
|---|---|---|
| 10/29/2018 | Ingram Micro Inc. | 26,991.70 |
| 10/30/2018 | Ingram Micro Inc. | 625.25 |
| 11/01/2018 | Ingram Micro Inc. | 7,370.88 |
| 11/06/2018 | Ingram Micro Inc. | 4,069.98 |
| 11/07/2018 | Ingram Micro Inc. | 2,929.69 |
| 11/12/2018 | Ingram Micro Inc. | 13,496.85 |
| 11/14/2018 | Ingram Micro Inc. | 2,214.93 |
| 11/14/2018 | Ingram Micro Inc. | 1,065.97 |
| 11/14/2018 | Ingram Micro Inc. | 713.70 |
| 11/14/2018 | Ingram Micro Inc. | 1,808.05 |
| 11/14/2018 | Ingram Micro Inc. | 6,528.97 |
| 11/15/2018 | Ingram Micro Inc. | 349.00 |
| 11/15/2018 | Ingram Micro Inc. | 713.71 |
| 11/15/2018 | Ingram Micro Inc. | 19,800.65 |
| 11/15/2018 | Ingram Micro Inc. | 26,989.70 |
| 11/15/2018 | Ingram Micro Inc. | 283.32 |
| 11/15/2018 | Ingram Micro Inc. | 956.20 |
| 11/15/2018 | Ingram Micro Inc. | 80.38 |
| 11/15/2018 | Ingram Micro Inc. | 5,540.00 |
| 11/15/2018 | Ingram Micro Inc. | 1,800.00 |
| 11/15/2018 | Ingram Micro Inc. | 2,116.88 |
| 11/15/2018 | Ingram Micro Inc. | 2,204.97 |
| 12/12/2018 | Ingram Micro Inc. | 113.45 |
| 12/18/2018 | Ingram Micro Inc. | 300.02 |
| 10/31/2018 | Lefcon LLC. | 29,608.21 |
| 12/12/2018 | Lefcon LLC. | 32,172.50 |
| 10/11/2018 | SYNNEX | 42,043.76 |
| 12/20/2018 | SYNNEX | 2,093.86 |
| 10/31/2018 | UPMC | 18,298.60 |
| 12/13/2018 | UPMC | 18,171.53 |

**SOFA Supplement No 4**

The below lists payments made to Eric Cunningham prior to the Bankruptcy filing.  Please see the lawsuit against Mr. Cunningham filed in the Court of Common Pleas   of Allegheny County at Case No. GD 18-009790 for a complete list of the unauthorized transfers made to or at the request of Mr. Cunningham.

| Pay Date | Salary | Unauthorized Distributions |
|---|---|---|
| 03/03/2017 | 15,384.60 | |
| 03/17/2017 | 7,692.30 | |
| 03/31/2017 | 7,692.30 | |
| 04/14/2017 | 7,692.30 | 15,000.00 |
| 04/28/2017 | 7,692.30 | |
| 05/12/2017 | 7,692.30 | |
| 05/26/2017 | 7,692.30 | |
| 06/09/2017 | 7,692.30 | |
| 06/23/2017 | 7,692.30 | 12,500.00 |
| 07/07/2017 | 7,692.30 | |
| 07/21/2017 | 7,692.30 | |
| 07/28/2017 | - | 6,000.00 |
| 08/04/2017 | 7,692.30 | 10,000.00 |
| 08/04/2017 | | 10,000.00 |
| 08/18/2017 | 7,692.30 | |
| 09/01/2017 | 7,692.30 | 5,000.00 |
| 09/15/2017 | 7,692.30 | 5,000.00 |
| 09/29/2017 | 7,692.30 | |
| 10/13/2017 | 7,692.30 | 10,000.00 |
| 10/13/2017 | | 2,500.00 |
| 10/27/2017 | 7,692.30 | 7,500.00 |
| 11/09/2017 | 7,692.30 | 3,250.00 |
| 11/09/2017 | | 675.00 |
| 11/23/2017 | 7,692.30 | 5,000.00 |
| 12/08/2017 | 7,692.30 | 9,999.00 |
| 12/08/2017 | | 1,842.00 |
| 12/21/2017 | 7,692.30 | |
| **2017 Totals** | **176,922.90** | **104,266.00** |
| 01/05/2018 | 7,692.30 | |
| 01/19/2018 | 7,692.30 | |
| 01/31/2018 | | 15,000.00 |
| 02/02/2018 | 7,692.30 | |
| 02/16/2018 | 7,692.30 | |
| 03/02/2018 | 7,692.30 | |
| 03/16/2018 | 7,692.30 | |
| 03/29/2018 | 7,692.50 | 7,500.00 |
| 04/13/2018 | 7,692.30 | |
| 04/19/2018 | - | |

| | | |
|---|---|---|
| 04/26/2018 | | |
| 04/27/2018 | 7,692.30 | |
| 05/11/2018 | 7,692.30 | |
| 05/25/2018 | 7,692.30 | |
| 06/08/2018 | 7,692.30 | |
| 06/22/2018 | 7,692.30 | 10,000.00 |
| 07/05/2018 | 7,692.30 | |
| | | |
| **2018 Totals** | **107,692.40** | **32,500.00** |
| | | |
| **Total** | **284,615.30** | **136,766.00** |

ITPS -DIP
Intercompany

USES:

| Name | Relationship | Address | Payments | Description |
|---|---|---|---|---|
| Experimac | Com Owner | 4840 McKnight Rd, Pittsburgh PA 15237 | 122,090 | ITPS at various times paid operating capital and equipment purchases for this retail entity |
| BluChip Technology | Com Owner | 11364 Perry Hwy, Wexford PA 15090 | 28,447 | ITPS at various times paid salaries and benefits of employees of this related entity |
| BluChip Communications | Com Owner | 11365 Perry Hwy, Wexford PA 15090 | 59,988 | ITPS paid salaries and benefits of employees of this related entity |
| BluChip Solutions | Com Owner | 11366 Perry Hwy, Wexford PA 15090 | - | |

ITPS -DIP
Insider Payments

| Name | Relationship | Address | Payments | Description |
|------|-------------|---------|----------|-------------|
| Effemall LP | Investor | 1700 Somerset Ave, Windber PA 15963 | 74,752 | Interest payment on Note, $43.3k paid 2-8-18 and $31.4K paid 5-4-18 |
| Krugerrond LP | Investor | 1700 Somerset Ave, Windber PA 15963 | 74,752 | Interest payment on Note, $43.3k paid 2-8-18 and $31.4K paid 5-4-18 |

# Information Technology Procurement Sourcing LLC
## Transaction Report
### All Dates

|  | Date | Transaction Type | Num | Name | Amount | Balance |
|---|---|---|---|---|---|---|
| **Other SG&A Miscellaneous Expense** | | | | | | |
| **Charitable Contributions** | | | | | | |
| | 06/01/2017 | Expense | | | 400.00 | 400.00 |
| | 06/02/2017 | Expense | | | 300.00 | 700.00 |
| | 06/21/2017 | Check | 2005 | Dollar Energy Fund | 5,000.00 | 5,700.00 |
| | 06/30/2017 | Check | 2023 | Pine Richland Youth Football & Cheer | 600.00 | 6,300.00 |
| | 07/01/2017 | Check | 2015 | Central Valley Education Foundation | 0.00 | 6,300.00 |
| | 07/05/2017 | Expense | | | 5,000.00 | 11,300.00 |
| | 07/17/2017 | Expense | | | 75.00 | 11,375.00 |
| | 07/27/2017 | Expense | | Pine Richland Youth Football & Cheer | 600.00 | 11,975.00 |
| | 08/01/2017 | Check | 2048 | Children's Hospital of Pittsburgh Foundation | 500.00 | 12,475.00 |
| | 08/09/2017 | Expense | | Central Valley Quarterback Club | 100.00 | 12,575.00 |
| | 08/15/2017 | Expense | | | 500.00 | 13,075.00 |
| | 08/17/2017 | Expense | | | 200.00 | 13,275.00 |
| | 08/28/2017 | Journal Entry | ARA 12.31.17 -16 | | -1,000.00 | 12,275.00 |
| | 08/28/2017 | Check | 2069 | Girls Hope of Pittsburgh | 1,000.00 | 13,275.00 |
| | 08/28/2017 | Check | 2070 | SD Project | 1,000.00 | 14,275.00 |
| | 09/07/2017 | Bill | | Jesse Washington | 1,336.93 | 15,611.93 |
| | 09/07/2017 | Bill | | Tony Recchia | 7,119.49 | 22,731.42 |
| | 09/08/2017 | Check | 2080 | Justin Jones | 2,000.00 | 24,731.42 |
| | 09/14/2017 | Bill | | Silver Creek Softball | 250.00 | 24,981.42 |
| | 09/14/2017 | Bill | | SD Project | 1,000.00 | 25,981.42 |
| | 09/14/2017 | Bill | | JDRF - WPA Chapter | 1,000.00 | 26,981.42 |
| | 09/14/2017 | Bill | | Guardian Angles Medical Service Dogs | 1,000.00 | 27,981.42 |
| | 11/21/2017 | Bill | | Mars Basketball Association | 150.00 | 28,131.42 |
| | 11/27/2017 | Bill | | Pine Richland Touchdown Club | 1,600.00 | 29,731.42 |
| | 11/30/2017 | Bill | | CWNC Trojan Basketball | 500.00 | 30,231.42 |
| | 12/07/2017 | Expense | | Big Day Entertainment | 350.00 | 30,581.42 |
| | 12/28/2017 | Bill | | Kennedy Catholic Boys Basketball | 1,500.00 | 32,081.42 |
| | 12/31/2017 | Journal Entry | ARA 2017 | | -350.00 | 31,731.42 |

Note:  The entities and individuals  listed in the SOFA Supplement No. 9 were characterized as charities in the Debtor's books and records by Eric Cunningham.  These are among the various transactions that the Debtor challenged in its lawsuit filed against Cunningham in Allegheny County.

| | 04/18/2018 | Bill | 04/18/18 | March of Dimes | | 500.00 | 32,231.42 |
|---|---|---|---|---|---|---|---|
| **Total for Charitable Contributions** | | | | | | **$ 32,231.42** | |
| **Total for Other SG&A Miscellaneous Expense** | | | | | | **$ 32,231.42** | |
| **TOTAL** | | | | | | **$ 32,231.42** | |

Tuesday, Jan 29, 2019 02:01:14 PM GMT-8 - Accrual Basis