# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 19-20087-CMB |
| INFORMATION TECHNOLOGY PROCUREMENT SOURCING, LLC, | Chapter 11 |
| Debtor. | Document No. _____ |
| INFORMATION TECHNOLOGY PROCUREMENT SOURCING, LLC, | Related to Doc. No. |
| Movant, | Hearing Date & Time: April 14, 2020 at 1:30 p.m. |
| v. | Responses Due: |
| NO RESPONDENTS, | March 23, 2020 |
| Respondents. | |

## REPORT AND APPLICATION FOR FINAL DECREE

**AND NOW**, comes Information Technology Procurement Sourcing, LLC (the "Debtor"), by and through its undersigned counsel, and hereby files the within Report and Application for Final Decree, and in support thereof submit the following:

1. On January 7, 2019 (the "Petition Date"), the Debtor caused the filing of a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. The Debtor has continued in the management and operation of their affairs and in the management and operation of their property as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner, or committee of creditors has been appointed in this case.

1

3. On October 17, 2019 and November 8, 2019, this Court held hearings to consider confirmation of the Debtor's Plan Of Liquidation Dated August 30, 2019 Containing Adequate Information In Accordance With 11 U.S.C. §1125(f)(1) And Rules 3016(b) and 3017.1 Of The Federal Rules Of Bankruptcy Procedure (the "Plan").

4. On November 12, 2019, the Court entered an Order confirming the Plan (the "Plan Confirmation Order").

5. Section 350(a) of the Bankruptcy Code provides in relevant part: "After an estate is fully administered . . . the court shall close the case." 11 U.S.C. § 350(a).

6. Bankruptcy Rule 3022 provides: "After an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Fed. R. Bankr. P. 3022.

7. As the Plan Confirmation Order is final, all administrative claims that were due have been paid (i.e., professional fees and United States Trustee quarterly fees), and payments to other creditors under the Plan have commenced (i.e., payments due to holders of priority tax claim and general unsecured claims), the Debtor believes that its estate is fully administered as contemplated by section 350(a) of the Bankruptcy Code and Rule 3022 of the Federal Rules of Bankruptcy Procedure.

8. All of the required payments to the Office of the United States Trustee made to date have been made on a timely basis, and it is anticipated that the fee due and owing for the quarter ending March 31, 2020 will also be timely made. There are no outstanding charges to the Bankruptcy Clerk as indicated in the Certificate of Costs at Docket No. 216.

9. There are currently no open matters before this Court involving the Debtor.

10. The Debtor believes that it is appropriate to close its Bankruptcy case at this time and for the Court to retain jurisdiction as contemplated in Article 10.1 of the Plan.

11. A Report for Bankruptcy Judges in cases to be closed is attached as Exhibit "A."

**WHEREFORE**, the Debtors respectfully request that this Court enter an Order granting a final decree in this case, with the reservation of jurisdiction noted above, and such other relief as the Court deems just and proper.

                                        **STONECIPHER LAW FIRM**

Dated: <u>March 4, 2020</u>        <u>*/s/ Jeanne S. Lofgren*</u>
George T. Snyder, Esq.
P.A. I.D. 53525
Jeanne S. Lofgren, Esq.
PA I.D. 89078
125 First Avenue
Pittsburgh, PA 15222
(412) 391-8510 phone

*Attorneys for Debtor-in-Possession*